Judge Pauley

Martin F. Casey (MFC-1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
Attorneys for Plaintiff

'08 CIV 3665

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o MERITOR WABCO
VEHICLE CONTROL SYSTEMS

    Plaintiff,

- against -

DHL GLOBAL FORWARDING,

    Defendant.
------------------------------------------------------------X



FRCP 7.1 DISCLOSURE
STATEMENT

    NOW comes plaintiff, Indemnity Insurance Company of North America a/s/o Meritor Wabco Vehicle Control Systems, and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

    ACE LTD. is the publicly traded parent company of Indemnity Insurance Company of North America. ArvinMeritor (NYSE: ARM) and WABCO (NYSE: WBC) are the publicly traded parent companies of Meritor Wabco Vehicle Control Systems, owned jointly.

Dated: New York, New York
       April 16, 2008
       115-915

                             CASEY & BARNETT, LLC
                             Attorneys for Plaintiff

                        By: _____
                             Martin F. Casey (MFC-1415)
                             317 Madison Avenue, 21st Floor
                             New York, NY 10017
                             (212) 286-0225