UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA et al.

Plaintiff,

- against -

DHL GLOBAL FORWARDING

Defendant
------------------------------------------------------------X

08 Civ. 3665 (WHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08

**NOTICE AND ORDER OF
VOLUNTARY
DISCONTINUANCE**

**IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       May 21, 2008
       115-915

CASEY & BARNETT, LLC
Attorneys for Plaintiff

By: *Martin F. Casey*
Martin F. Casey (MFC-1675)
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

*The Clerk of the Court
shall terminate all pending
motions and close the case.*

**SO ORDERED:**

_____
U.S.D.J.

6/4/08